[No. 68574-1-I.   Division One.   February 9, 2015.]

THE STATE OF WASHINGTON, *Respondent*, v. KENNETH FRANKLIN MILLER, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 09-1-07196-5, Mariane C. Spearman, J., entered March 30, 2012. *Affirmed* by unpublished opinion per Schindler, J., concurred in by Becker and Appelwick, JJ.

[No. 70139-8-I.   Division One.   February 9, 2015.]

*In the Matter of the Detention of* ERIK HANSON.

THE STATE OF WASHINGTON, *Respondent*, v. ERIK HANSON, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 09-2-02096-3, Millie M. Judge, J., entered March 22, 2013. *Affirmed* by unpublished opinion per Schindler, J., concurred in by Cox and Trickey, JJ.

[No. 70721-3-I.   Division One.   February 9, 2015.]

THE STATE OF WASHINGTON, *Respondent*, v. MICHAEL V. TOVAR, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 09-1-02812-1, Brian D. Gain, J., entered July 25, 2013. *Affirmed* by unpublished opinion per Verellen, A.C.J., concurred in by Dwyer and Lau, JJ.

[No. 70807-4-I.   Division One.   February 9, 2015.]

THE STATE OF WASHINGTON, *Respondent*, v. JAMES WILLIAM SCHUMACHER, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 12-1-01648-4, Kimberley Prochnau, J., entered July 26, 2013. *Affirmed* by unpublished opinion per Verellen, A.C.J., concurred in by Dwyer and Lau, JJ.